**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **RED HAT, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CASE NO. 6:09-cv-00549-LED |
| | § | |
| **BEDROCK COMPUTER TECHNOLOGIES, LLC,** | § | Jury Trial Demanded |
| | § | |
| | § | |
| **Defendant.** | § | |

## ORDER OF DISMISSAL

The Court is of the opinions that the Stipulated Dismissal agreed to by Bedrock Computer Technologies, LLC and Red Hat, Inc. should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims and counterclaims made by Bedrock Computer Technologies, LLC against Red Hat, Inc. are hereby dismissed with prejudice and all claims and counterclaims made by Red Hat, Inc. against Bedrock Computer Technologies, LLC are hereby DISMISSED WITHOUT PREJUDICE. All costs and expenses relating to this litigation (including, but not limited to, attorneys' fees and expert fees and expenses) shall be borne solely by the party incurring the same.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over this action and the parties for purposes of enforcing the terms of the License and Settlement Agreement entered into by and between the parties.

This is a final judgment.

**So ORDERED and SIGNED this 21st day of June, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**